Granted
30 days

6/1/15
Sansara Jarvey

PD-0302-15
PD-0301-15
PD-0300-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

ROBERT . CARVER

v.

THE STATE OF TEXAS

TR. Ct. No.'s F-2010-1715-D ; F-2010-1716-D ; F-2010-2243-D

COA No.'s 08-12-00298-CR ; 08-12-00299-CR ; 08-12-00300-CR

PD No.'s 0300-15 ; 0301-15 ; 0302-15

DENTON COUNTY

FIRST MOTION FOR EXTENSION OF TIME TO FILE

MOTION FOR REHEARING

FILED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

Comes now, Robert Carver, Petitioner, and files this motion for an Extension of thirty (30) days in which to file a motion for Rehearing. In support of this motion, Petitioner shows the Court the following :

I.

Petitioner's, Petition's for Discretionary Review were refused on May 13, 2015, post-marked on May 20, 2015 and received from the prison mailroom on May 26, 2015.

## II.

Two of Petitioner's brief's were never considered by the Court of Appeals. They were not Ander's brief's. The Court of Appeals admits to such, on p.4 of their unpublished opinion, by stating that Appellant filed a single handwritten brief, raising ten issues, some of which did not pertain to the instant appeal. Appellant filed three handwritten briefs, each addressing issues pertaining to that cause number and three handwritten Reply briefs as well, which obiviously were never considered.

## III.

Petitioner's request for an extension is based upon the fact that he was not notified of the Court's ruling until thirteen (13) days after it was rendered, through no fault of his own.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing this motion for Rehearing.

_Robert Carr_
Petitioner, Pro se
Texas Dept. of Criminal
Justice, Gurney Unit
1385 FM 3328
Palestine TX 75803
TDCJ-ID# 1830004

I, Robert Carver, TDCJ #1830004, being presently incarcerated in the Gurney Unit of the Texas Department of Criminal Justice, in Anderson County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 26th day of May, 2014.

*Robert Carver*

Petitioner, Pro se
Gurney Unit
1385 FM 3328
Palestine Tx 75803
TDCJ-ID #1830004